# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Amanda Teresa Saucier, Debtor         Case No. 25-50108-KMS
                                                CHAPTER 13

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.
**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: April 15, 2025        Signature:     /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                           Jennifer Ann Curry Calvillo (MSBN 104367)
                                           The Rollins Law Firm, PLLC
                                           P.O. Box 13767
                                           Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Amanda Teresa Saucier, Debtor                    Case No. 25-50108-KMS
                                                            CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on January 27, 2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor requests that the plan payment be recalculated and reduced to pay only those claims that were timely filed.

3. Debtor wishes for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

                                Respectfully submitted

                                /s/ Thomas C. Rollins, Jr.
                                Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on April 16, 2025, to:

By Electronic CM/ECF Notice:

  David Rawlings

  U.S. Trustee

              <u>/s/ Thomas C. Rollins, Jr.</u>
              Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>AMANDA TERESA SAUCIER | CASE NO: 25-50108<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/16/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/16/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-50108 |
|---|---|
| AMANDA TERESA SAUCIER | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 4/16/2025, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/16/2025

_____

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                            EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING    US BANKRUPTCY COURT                  1ST FRANKLIN
NCRS ADDRESS DOWNLOAD                DAN M RUSSELL  JR US COURTHOUSE      6335 US HWY 49
CASE 25-50108                        2012 15TH STREET  SUITE 244          STE 20
SOUTHERN DISTRICT OF MISSISSIPPI     GULFPORT  MS 39501-2036              HATTIESBURG  MS 39401
WED APR 16 7-13-32 PST 2025




1ST FRANKLIN FINANCIAL CORPORATION   ARS COLLECTION                       CC BANK
ATTN ADMIN SERVICES                  PO BOX 321472                        PO BOX 36454
PO BOX 880                           FLOWOOD  MS 39232-1472               CINCINNATI OH 45236-0454
TOCCOA GA 30577-0880




CHECK N GO                           COMENITY BANK                        DEPARTMENT OF TREASURY   INTERNAL
ATTN BANKRUPTCY                      ATTN BANKRUPTCY                      REVENUE SE
PO BOX 36454                         PO BOX 182125                        INTERNAL REVENUE SERVICE
CINCINNATI  OH 45236-0454            COLUMBUS  OH 43218-2125              PO BOX 7346
                                                                          PHILADELPHIA  PA 19101-7346




FORREST GENERAL HOSP                 HATTIESBURG CLINIC                   INTERNAL REVENUE SERVI
6051 MS HWY 49                       415 SOUTH 28TH AVE                   CO US ATTORNEY
HATTIESBURG  MS 39401                HATTIESBURG  MS 39401-7283           501 EAST COURT ST
                                                                          STE 4430
                                                                          JACKSON  MS 39201-5025




KEESLER FEDERAL CREDIT UNION         MIDLAND CREDIT MANAGEMENT  INC       THE FIRST BANK
PO BOX 7001                          PO BOX 2037                          P O BOX 15549
BILOXI  MS 39534-7001                WARREN  MI 48090-2037                HATTIESBURG  MS 39404-5549




                                     EXCLUDE                              DEBTOR
US ATTORNEY GENERAL                  UNITED STATES TRUSTEE                AMANDA TERESA SAUCIER
US DEPT OF JUSTICE                   501 EAST COURT STREET                43 DIXIE OAKS RD
950 PENNSYLVANIA AVENW               SUITE 6-430                          HATTIESBURG  MS 39401-9327
WASHINGTON  DC 20530-0001            JACKSON  MS 39201-5022




EXCLUDE                              EXCLUDE

(P)DAVID RAWLINGS                    THOMAS CARL ROLLINS JR
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE  THE ROLLINS LAW FIRM  PLLC
PO BOX 566                           PO BOX 13767
HATTIESBURG MS 39403-0566            JACKSON  MS 39236-3767
```