_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 8, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

AMANDA TERESA SAUCIER
43 Dixie Oaks Rd.
Hattiesburg, MS  39401

CHAPTER 13 PROCEEDING:
25-50108 KMS

SSN:  XXX-XX-6303

## <u>RELEASE OF WAGES</u>

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

FORREST GENERAL HOSPITAL
ATTN: PAYROLL DEPT
P.O. BOX 16389
HATTIESBURG, MS  39404

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS  39403
(601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT
DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net