United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 25-50108-KMS

Amanda Teresa Saucier                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                 User: mssbad                 Page 1 of 1

Date Rcvd: Apr 08, 2026            Form ID: pdf012              Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

**Recip ID**            **Recipient Name and Address**
db                +  Amanda Teresa Saucier, 43 Dixie Oaks Rd., Hattiesburg, MS 39401-9327

                +  FORREST GENERAL HOSPITAL, ATTN: PAYROLL DEPT, P.O. BOX 16389, HATTIESBURG, MS 39404-6389

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

**Name**                 **Email Address**

David Rawlings

           ecfnotices@rawlings13.net  sduncan@rawlings13.net

Thomas Carl Rollins, Jr

           on behalf of Debtor Amanda Teresa Saucier trollins@therollinsfirm.com
           jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

           USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 8, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                        CHAPTER 13 PROCEEDING:
  AMANDA TERESA SAUCIER                          25-50108 KMS
  43 Dixie Oaks Rd.
  Hattiesburg, MS  39401                               SSN:  XXX-XX-6303

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

> FORREST GENERAL HOSPITAL
> ATTN: PAYROLL DEPT
> P.O. BOX 16389
> HATTIESBURG, MS  39404

was required to pay debtor's earnings or a portion thereof to:

> DAVID RAWLINGS, TRUSTEE
> LOCK P.O. BOX 871
> HATTIESBURG, MS  39403
> (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net