MSSB-NCAC (4/24)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re: Amanda Teresa Saucier

Debtor(s)

Case No.: 25-50108

Chapter: 13

## Notice of Change of Address for Creditor

Renasant Bank FKA The First Bank (Creditor) hereby gives notice of its new address:

**Current Notice Address:**
*(As shown on matrix)*

The First Bank
PO BOX 15549
Hattiesburg, MS 39404

**New Notice Address:**

Renasant Bank
PO BOX 4140
Tupeolo, MS 38804

**New Payment Address:**
*(If applicable)*

Renasant Bank
PO BOX 4140
Tupeolo, MS 38804

**Proof of Claim Number(s):** 4
*(If applicable)*

**Reason for Change of Address:**

☐ New Loan Servicer[1]
☑ New Location
☐ Other ______

Prepared By:

Signature: [signature]

Name: Felicia Patton

Title: Bankruptcy Officer

Phone No: 662-680-3943

Address: PO BOX 4140
Tupelo, MS 38804

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on 11/20/2026 (Date) addressed to:

Debtor(s):

Amanda Teresa Saucier

43 Dixie Oaks Rd.

Hattiesburg, MS 39401

Felicia Patton

Name

Signature

FRB Order No. 2025-07
March 14, 2025

FEDERAL RESERVE SYSTEM

Renasant Corporation
Tupelo, Mississippi

Order Approving the Merger of Bank Holding Companies

Renasant Corporation ("Renasant"), Tupelo, Mississippi, a bank holding company within the meaning of the Bank Holding Company Act ("BHC Act"),[1] has requested the Board's approval under section 3 of the BHC Act[2] to merge with The First Bancshares, Inc. ("FB"), a bank holding company, and thereby indirectly acquire FB's state member bank subsidiary, The First Bank ("First Bank"), both of Hattiesburg, Mississippi. Following the proposed transaction, First Bank would be merged with and into Renasant's subsidiary nonmember bank, Renasant Bank, Tupelo, Mississippi.[3]

Notice of the proposal, affording interested persons an opportunity to submit comments, has been published (89 Federal Register 67938 (August 22, 2024)), in accordance with the Board's Rules of Procedure.[4] The time for submitting comments has expired, and the Board did not receive any comments. The Board has considered the proposal in light of the factors set forth in section 3 of the BHC Act.

---

[1] 12 U.S.C. § 1841 et seq.

[2] 12 U.S.C. § 1842.

[3] The merger of First Bank with and into Renasant Bank is subject to the approval of the Federal Deposit Insurance Corporation ("FDIC"), under section 18(c) of the Federal Deposit Insurance Act. 12 U.S.C. § 1828(c) ("Bank Merger Act"). The FDIC approved the Bank Merger Act application on March 10, 2025.

[4] 12 CFR 262.3(b).

Renasant, with consolidated assets of approximately $18.0 billion, is the 106th largest insured depository organization in the United States.[5] Renasant controls approximately $14.5 billion in consolidated deposits, which represent less than 1 percent of the total amount of deposits of insured depository institutions in the United States. Renasant controls Renasant Bank, which operates in Alabama, Florida, Georgia, Mississippi, and Tennessee. Renasant Bank is the 4th largest insured depository institution in Mississippi, controlling deposits of approximately $5.9 billion, which represent approximately 7.6 percent of the total deposits of insured depository institutions in that state.

FB, with consolidated assets of approximately $8.0 billion, is the 184th largest insured depository organization in the United States. FB controls approximately $6.6 billion in consolidated deposits, which represent less than 1 percent of the total amount of deposits of insured depository institutions in the United States. FB controls First Bank, which operates in Alabama, Florida, Georgia, Louisiana, and Mississippi. First Bank is the 9th largest insured depository institution in Mississippi, controlling deposits of approximately $2.0 billion, which represent approximately 2.5 percent of the total deposits of insured depository institutions in Mississippi.

On consummation of this proposal, Renasant would become the 84th largest insured depository organization in the United States, with consolidated assets of approximately $25.9 billion, which would represent less than 1 percent of the total assets of insured depository organizations in the United States. Renasant would control total consolidated deposits of approximately $21.0 billion, which would represent less than 1 percent of the total amount of deposits of insured depository institutions in the United

[5] Consolidated asset data are as of December 31, 2024. Ranking, consolidated national deposit, and market share data are as of September 30, 2024. State deposit and ranking data are as of June 30, 2024, unless otherwise noted. In this context, insured depository institutions include commercial banks, savings associations, and savings banks.

States.[6] In Mississippi, Renasant Bank would remain the 4th largest insured depository institution, controlling deposits of approximately $7.9 billion, which represent approximately 10.2 percent of the total deposits of insured depository institutions in that state.

***Interstate Analysis***

Section 3(d) of the BHC Act generally provides that, if certain conditions are met, the Board may approve an application by a bank holding company that is well capitalized and well managed to acquire control of a bank located in a state other than the home state of the bank holding company without regard to whether the transaction is prohibited under state law.[7] The Board may not approve under this provision an application that would permit an out-of-state bank holding company to acquire a bank in a host state if the target bank has not been in existence for the lesser of the state statutory minimum period of time or five years.[8] When determining whether to approve an application under this provision, the Board must take into account the record of the applicant's depository institution under the Community Reinvestment Act of 1977 ("CRA")[9] and the applicant's record of compliance with applicable state community reinvestment laws.[10] In addition, the Board may not approve an interstate application under this provision if the bank holding company controls or, upon consummation of the proposed transaction, would control more than 10 percent of the total deposits of insured depository institutions in the United States or, in certain circumstances, if the bank holding company, upon consummation, would control 30 percent or more of the total

---

[6] See Appendix I for deposit ranking and deposit data by state, for states in which Renasant Bank and First Bank both have banking operations. State deposit and ranking data are as of June 30, 2024, unless otherwise noted.

[7] 12 U.S.C. § 1842(d)(1)(A).

[8] 12 U.S.C. § 1842(d)(1)(B).

[9] 12 U.S.C. § 2901 et seq.

[10] 12 U.S.C. § 1842(d)(3).

deposits of insured depository institutions in any state in which the acquirer and target have overlapping banking operations.[11]

For purposes of this provision, the home state of Renasant is Mississippi.[12] First Bank is located in Alabama, Florida, Georgia, Louisiana, and Mississippi. Renasant is well capitalized and well managed under applicable law. Renasant Bank has a "Satisfactory" rating under the CRA, and none of the jurisdictions in which Renasant Bank operates has a state community reinvestment law. First Bank has been in existence for more than five years.

On consummation of the proposed transaction, Renasant would control less than 1 percent of the total amount of consolidated deposits in insured depository institutions in the United States. Of the states in which Renasant and FB overlap, Alabama, Florida, and Georgia impose a 30 percent limit on the total amount of in-state deposits that a single banking organization may control, and Mississippi imposes a 25 percent limit.[13] The combined organization would control approximately 2.2 percent, less than 1 percent, 1.8 percent, and 10.2 percent of the total amount of deposits of insured depository institutions in Alabama, Florida, Georgia, and Mississippi, respectively. Accordingly, in light of all the facts of record, the Board is not precluded from approving the proposal under section 3(d) of the BHC Act.

---

[11] 12 U.S.C. § 1842(d)(2)(A) and (B). Under section 3(d) of the BHC Act, the acquiring and target organizations have overlapping banking operations in any state in which any bank to be acquired is located and the acquiring bank holding company controls any insured depository institution or a branch. For purposes of section 3(d) of the BHC Act, the Board considers a bank to be located in the states in which the bank is chartered or headquartered or operates a branch. See 12 U.S.C. § 1841(o)(4)–(7).

[12] 12 U.S.C. § 1841(o)(4). A bank holding company's home state is the state in which the total deposits of all banking subsidiaries of such company were the largest on July 1, 1966, or the date on which the company became a bank holding company, whichever is later.

[13] See Ala. Code § 5-13B-6; Fla. Stat. 658.2953; Ga. Code Ann. § 7-1-628.3; Miss. Code Ann. § 81-23-9.